UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES <br><br> V. <br><br> MARK MATTHEWS | CRIMINAL NO. 05-CR-10073-NG <br><br> VIOLATIONS: <br><br> 18 U.S.C. § 922(g)(1) <br> Unlawful Possession of a Firearm by a Felon <br><br> 26 U.S.C. § 5861(d) <br> Unlawful Possession of an Unregistered Firearm |

## INDICTMENT

**COUNT ONE:**
**18 U.S.C. § 922(g)(1)**
**(Unlawful Possession of a Firearm by a Felon)**

The Grand Jury charges that:

On or about December 4, 2004, in Haverhill, in the District of Massachusetts,

**MARK D. MATTHEWS,**

defendant herein, having previously been convicted by a court of a crime punishable by imprisonment for a term exceeding one year, did possess in or affecting commerce, a firearm, to wit: a Remington pump action model 870 16 gauge sawed-off shotgun with a 14 inch barrel, bearing serial number 687503W.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO:
## 26 U.S.C. § 5861(d)
### (Unlawful Possession of an Unregistered Firearm)

The Grand Jury further charges that:

On or about December 4, 2004, in Haverhill, in the District of Massachusetts,

### MARK D. MATTHEWS,

defendant herein, did receive or possess a firearm which is not registered to him in the National Firearms Registration and Transfer record, to wit: a Remington pump action model 870 16 gauge sawed-off shotgun with a 14 inch barrel, bearing serial number 687503W.

All in violation of Title 26, United States Code, Section 5861(d).

A TRUE BILL

_____
FOREPERSON OF GRAND JURY

_____
S. Waqar Hasib
Special Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, March 23, 2005.

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk  2:32 pm

## Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

Place of Offense: Haverhill, MA   Category No. II   Investigating Agency ATF

City Haverhill     Related Case Information:   05-CR-10073-NG

County Essex      Superseding Ind./Inf. N/A   Case No. N/A
                  Same Defendant _____  New Defendant _____
                  Magistrate Judge Case Number _____
                  Search Warrant Case Number _____
                  R 20/R 40 from District of _____

### Defendant Information:

Defendant Name  Mark D. Matthews                 Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  Last known address: 32 Bellevue Avenue, Haverhill, MA 01832

Birth date (Year only): 1956  SSN (last 4 #): 3276  Sex M  Race: Caucasian  Nationality: US

Defense Counsel if known: _____   Address: _____

Bar Number: _____

### U.S. Attorney Information:

AUSA  S. Waqar Hasib        Bar Number if applicable  California 234818

Interpreter:  ☐ Yes  ☒ No        List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested        ☐ Regular Process        ☒ In Custody

### Location Status:

Arrest Date:  12/4/04

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody  Middleton MCI    ☐ Serving Sentence   ☒ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:   ☐ Complaint      ☐ Information      ☒ Indictment
Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05       Signature of AUSA: _____

⬥JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**        Mark D. Matthews

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. 922(g)(1) | Unlawful possession of a firearm by a felon | 1 |
| Set 2  26 U.S.C. 5861(d) | Unlawful possession of an unregistered firearm | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

**District Court Case Number**  (To be filled in by deputy

**Name of Defendant**    Mark Matthews

JS 451.wpd - 3/13/02