AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF
DISTRICT OF MASS.

UNITED STATES OF AMERICA

V.

MARK D. MATTHEWS

**WARRANT FOR ARREST**

CASE NUMBER: 05-cr-10073-NG

To: The United States Marshal
and any Authorized United States Officer

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
MAR 23 P 4:04

YOU ARE HEREBY COMMANDED to arrest      MARK D. MATTHEWS
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
unlawful possession of a firearm by a felon, in violation of Title 18, United States Code, Section 922(g)(1), and unlawful possession of an unregistered firearm, in violation of Title 26, United States Code, Section 5861(d).

in violation of
Title  18; 26  United States Code, Section(s)  922(g)(1); 5861(d)

Theresa Catino                                    Deputy Clerk
Name of Issuing Officer                           Title of Issuing Officer

Theresa Catino                                    3-23-05    Boston, MA
Signature of Issuing Officer                      Date and Location

Bail fixed at $ _____ by _____
                                            Name of Judicial Officer

| RETURN |
|--------|
| This warrant was received and executed with the arrest of the above-named defendant at |
| WARRANT EXECUTED BY |
| DATE RECEIVED | BY ARREST/ARRAIGNMENT OF THE NAME AND TITLE OF ARRESTING OFFICER DEFENDANT ON 3/25/05 | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  Mark D. Matthews

ALIAS:

LAST KNOWN RESIDENCE:  Middleton MCI

LAST KNOWN EMPLOYMENT:  Unknown

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year):  00-00-1956

SOCIAL SECURITY NUMBER (last 4 digits only):  000 - 00 - 3276

HEIGHT:  6-02                                     WEIGHT:  215

SEX:  Male                                        RACE:  Caucasian

HAIR:  Brown                                      EYES:  Blue

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: