# Paul F. Markham

ATTORNEY AT LAW
P.O. Box 1101
Melrose, MA 02176

Telephone (781) 665-1800
Facsimile (781) 665-4448
Boston & Melrose Offices
By Appointment

April 18, 2005

S. Waqar Hasib, Esq
Assistant US Attorney
US Courthouse
One Courthouse Way
Boston, MA 02110

Re:  US v. Mark Mathews
     05-CR-10073-NG

Dear Mr. Hasib:

A request is hereby made for the immediate production of Kristle Matthew's grand jury minutes. I interviewed Ms. Mathews on Saturday, April 16, 2005 and was advised by her that, during her grand jury appearance, she denied ever making the statements attributed to her in the following investigative reports:
1. Sgt. Dana Burrill's report, dated 12/06/04
2. Officer Paul Malone's Incident Report #4018867.
3. AFTER ACTION REPORT, dated December 04, 2004, submitted by Sgt. Armando Herrera, NEMLE CNT
4. Report of Sgt. Paul Cooper, NEMLE SWAT OIC, dated December 4, 2004.

It is submitted that Ms. Matthew's grand jury testimony, insofar as it constitutes a denial of her purported statements contained in the investigative reports, constitutes, at the very least, exculpatory material.

Very truly yours

Paul F. Markham