UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                                                    CRIMINAL CASE
           V.                                       NO. 05-10073 NG

MARK MATTHEWS
           Defendant

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

        On June 9, 2005, the parties appeared before this Court for an Initial Status
Conference.  With regard to the following issues, the parties have represented that:

1.  There are no unusual or complex issues presented requiring an early joint conference
of the District Judge or the Magistrate Judge with the attorneys;

2.  There are no features of the case  that deserve special attention or modification of the
standard schedule;

3.  There is no supplemental discovery anticipated;

4.   Discovery concerning any expert witnesses, including firearms and interstate nexus
reports,  pursuant to  Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C) will be provided by the
government no later than thirty (30) days before trial and the defendant will provide
expert discovery no later than thirty (15) days before trial;

5.  The applicable periods of excludable delay under the Speedy Trial Act include:
March 24, 2005, through April 22, 2005 (28 days) and April 22, 2005, through June 9,
2005 (48 days), for a total of one seventy-six (76) days as of June 9, 2005.   The parties
made oral motion to exclude the time period of April 22, 2005, through July 9, 2005 (48
days).  The Court directs the parties to file a written joint motion for the applicable
periods of excludable delay.  The time period of June 9, 2005, through July 20, 2005 (41
days), has not yet been excluded.  The parties have stated that the total amount of time to
proceed to trial is seventy (70) days as of June 9, 2005;

6.  Trial is necessary.  The estimated duration of said trial would be three (3) days;

7. Other matters: potential suppression issue.

      IT IS HEREBY ORDERED THAT

      A motion date  pursuant to Fed. R. Crim. P. 12 (c) has been established.  The defendant shall file any and all dispositive motions by June 30, 2005, with the government's response due July 13, 2005.  An **Final Status Conference**  is scheduled at **11;30 a.m.** on **July 20, 2005,** in Courtroom 24, 7th floor.

                    HONORABLE JOYCE LONDON ALEXANDER
                    U.S. MAGISTRATE JUDGE

                    By the Court:


June 30, 2005            /S/ Rex Brown _____
Date                   Courtroom Clerk
                    (617) 748-9238