IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 05-CR-10073-NG |
| v.       ) | |
| ) | |
| MARK MATTHEWS    ) | |

### JOINT MOTION TO EXCLUDE TIME

Defendant Mark Matthews is currently charged by way of indictment in the above-referenced case with unlawful possession of a firearm by a felon, in violation of 18 U.S.C. § 922(g)(1). Herein, the parties jointly move to exclude the period of time from June 15, 2005, until August 30, 2005. In support thereof, undersigned counsel represent as follows:

1. The defendant filed a motion to suppress evidence on June 15, 2005.

2. The government filed an opposition motion in response on June 30, 2005.

3. A hearing has been scheduled for August 30, 2005, before U.S. District Court Judge Gertner to address the defendant's motion.

4. After conferring, both parties concur that the period from June 15, 2005, until August 30, 2005, is excludable under 18 U.S.C. § 3161(h)(1)(F).

WHEREFOR, both parties move, under 18 U.S.C. § 3161(h)(1)(F)

that this Court find, based on the above, that the period from the filing of the defendant's motion on June 15, 2005, until the conclusion of the hearing on August 30, 2005, be excluded from the time within which trial must begin.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ S. WAQAR HASIB
S. WAQAR HASIB
Assistant U.S. Attorney