UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-CR-10073

UNITED STATES OF AMERICA

v.

MARK MATTHEWS

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, M.J.

On July 20, 2005, parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. There are no features of the case that deserve special attention or modification of the standard schedule.

2. Discovery is complete. Pending motions include:

    • Defendant's motion to suppress gun and statements.

3. Supplemental discovery anticipated:

    • None.

4. (a) Total amount of time ordered excluded under the Speedy Trial Act

    • March 24, 2005 - April 22, 2005 (28 days), pursuant to L.R. 112.(A)(2) and this Court's order dated June 9, 2005
    • April 22, 2005 - June 9, 2005 (48 days), pursuant to this Court's order dated June 9, 2005
    • June 15, 2005 - August 30, 2005 (76 days), pursuant to 18 U.S.C. § 3161(h)(1)(F)

   (b) Amount of time remaining under the Speedy Trial Act before trial must commence

    • 65 days

   (c) Pending or anticipated motions that will cause additional excludable time under the Speedy Trial Act

    • Defendant's motion to suppress, filed June 15, 2005, scheduled for hearing before Gertner, J., August 30, 2005.

5. (a) The defendant does not intend to raise a defense of insanity.
   (b) The defendant does not intend to raise a defense of public authority.

6. The Government has requested notice of alibi by the defendant.

7. (a) Motions to sever, dismiss, suppress, or any other motion requiring a ruling by the District Court before trial

1

FILED
In Open Court
USDC, Mass
Date 7/20/05
By N. Rush
Deputy Clerk

    •   Defendant's motion to suppress

(b) Briefing schedule established

    •   Defendant's brief filed June 15, 2005

    •   Government's response filed June 30, 2005

    •   Hearing scheduled before Gertner, J., on August 30, 2005

8. Need for schedule concerning any matter in the case other than trial
  •   None

9. Possibility of early resolution of case without trial

    •   The parties are unable to determine at this time whether this trial can be resolved early without trial.

10. Trial may be necessary. Estimated duration of trial

    •   3 days

11. Other matters

    •   None

  IT IS HEREBY ORDERED THAT

**Parties shall meet prior to the Final Status Conference in order to respond to the above stated inquiries.**

By the Court,

Date 7/20/05

_____
Deputy Clerk

2