UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA                                    05-CR-100073-NG

vs

MARK MATTHEWS

### DEFENDANT'S MOTION
### TO MODIFY THE TERMS OF RELEASE
### PREVIOUSLY IMPOSED ON APRIL 29, 2005

Now comes the defendant Mark Matthews in the above entitled case and respectfully moves that the court modify the terms of his release as set forth in the ORDER ODF DETENTION, dated April 29, 2005, and release the defendant upon his personal recognizance to the custody of his sister, Macy Wagoner of 131 C Pleasant Street, Melrose, Massachusetts upon such germs and conditions as the court may impose.

In support of this motion the defendant says that, as a result of the court's ruling on his motion to suppress, the government has no admissible evidence to offer at a trial of this case to support the allegations of the indictment.

### REQUEST FOR ORAL ARGUMENT

It is submitted that oral argument of this motion may assist the court and counsel asks that said hearing be scheduled at the court's earliest convenience.

Respectfully submitted
Mark Matthews
By his attorney,

/s/Paul F. Markham

CERTIFICATE OF SERVICE

I, Paul F. Markham, certify that on this date I served a copy of the above document on all counsel by electronic filing.

March 5, 206                                                /s/ Paul F. Markham