UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA                                        05-CR-100073-NG

vs

MARK MATTHEWS

NOTICE OF CHANGE OF ADDRESS

Counsel for the defendant, Mark Matthews, hereby notifies the Court and counsel that his current mailing address is:

Paul F. Markham
58 Orient Avenue
Melrose, MA 02176

> Respectfully submitted
> Mark Matthews
> by his attorney
>
> _____
> /s/ Paul F. Markham

CERFTIFICATE OF SERVICE

I, Paul F. Markham, certify that I served a copy of the above document upon all counsel by e-filing.

Date:  April 15, 2006                                    _____
                                                          /s/ Paul F. Markham