# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cr-10073

United States of America

v.

Mark D. Matthews

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-20

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/28/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 16, 2006.

Sarah A Thornton, Clerk of Court

By: *[signature]*
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5/17/06.

*[signature]*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:05-cr-10073-NG-ALL

Case title: USA v. Matthews                Date Filed: 03/23/2005

Assigned to: Judge Nancy Gertner

**Defendant**

**Mark Matthews** (1)          represented by  **Paul Markham**
58 Orient Avenue
Melrose, MA 02176
781-665-1800
Fax: 781-665-4448
Email: PaulMarkham@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**                **Disposition**

18:922 (g)(1)-UNLAWFUL
POSSESSION OF A FIREARM
BY A FELON
(1)

26:5861(d)-UNLAWFUL
POSSESSION OF AN
UNREGISTERED FIREARM
(2)

**Highest Offense Level
(Opening)**

Felony

**Terminated Counts**              **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**             **Disposition**

None

**Plaintiff**

USA                        represented by **S. Waqar Hasib**
                           United States Attorney's Office
                           Suite 9200
                           1 Courthouse Way
                           Boston, MA 02210
                           617-748-3764
                           Fax: 617-748-3951
                           Email: waqar.hasib@usdoj.gov
                           *LEAD ATTORNEY*
                           *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/23/2005 | 1 | INDICTMENT as to Mark Matthews (1) count(s) 1, 2. (Diskes, Sheila) (Entered: 03/24/2005) |
| 03/23/2005 | 2 | Judge Nancy Gertner : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Joyce London Alexander Reason for referral: Pretrial as to Mark Matthews (Diskes, Sheila) (Entered: 03/24/2005) |
| 03/24/2005 |  | Electronic Clerk's Notes for proceedings held before Magistrate Judge Joyce London Alexander: Initial Appearance and arraignment as to Mark Matthews (1) Count 1,2 held on 3/24/2005. AUSA Hasib for Govt; Attorney Paul Markham appears on behalf of Mark Matthews; deft sworn; court reads deft charges and rights and questions deft as to his representation; deft fills out financial affidavit; govt states maximum penalties; court arraignes deft, Plea entered by Mark Matthews (1) Count 1,2 Not Guilty on all counts. govt moves for detention and for continuance; defense requests a 2 week continuance; deft waives his right to a detention hearing within |

| | | |
|---|---|---|
| | | the 3 day period in open court and consents to voluntary detention with the request of returning to Middleton; Court reccomends Middleton; Detention Hearing set for 4/7/2005 03:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. An Initial status conference date will be set at the conclusion of the detention hearing.(Court Reporter Digital.) (Simeone, Maria) (Entered: 03/25/2005) |
| 03/24/2005 | 4 | Judge Joyce London Alexander : ORDER entered. CJA 20 as to Mark Matthews: Appointment of Attorney Paul Markham for Mark Matthews. (Brown, Rex) (Entered: 04/04/2005) |
| 04/01/2005 | 5 | Arrest Warrant Returned Executed on 3/25/05. as to Mark Matthews. (Filo, Jennifer) (Entered: 04/08/2005) |
| 04/07/2005 | | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Detention Hearing as to Mark Matthews held on 4/7/2005; AUSA Connolly and Attorney Markham for the dft.; Govt. calls witness #1( Agent O'Hara), direct exam; cross exam; Dft. calls witness # 2(Ms. Wagoner) direct exam; cross exam; closing arguments by Govt. and Dft.; USMJ Alexander takes the matter under advisment and will issue ruling once pretrial services conducts interview of the dft. (Court Reporter D.R..) (Quinn, Thomas) Modified on 5/11/2005 (Catino, Theresa). (Entered: 04/07/2005) |
| 04/20/2005 | 6 | Copy of Letter (non-motion) regarding grand jury minutes as to Mark Matthews to Mr. Hasib by Paul F. Markham (Filo, Jennifer) (Entered: 04/21/2005) |
| 04/29/2005 | 7 | Judge Joyce London Alexander : DETENTION ORDER entered. as to Mark Matthews re Detention Hearing,, (Smith3, Dianne) (Entered: 04/29/2005) |
| 06/02/2005 | | ELECTRONIC NOTICE OF HEARING as to Mark Matthews INITIAL Status Conference set for 6/9/2005 03:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Brown, Rex) (Entered: 06/02/2005) |
| 06/09/2005 | | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :INITIAL Status Conference as to Mark Matthews held on 6/9/2005. Order to issue. FINAL Status Conference set for 7/20/2005 11:30 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Tape #Digital Recording.) (Brown, Rex) (Entered: 06/09/2005) |
| | | |

| | | |
|---|---|---|
| 06/09/2005 | | Notice of correction to docket made by Court staff. Correction: Clerk's Note dated 6/9/05 corrected because: Docket entry as to detention and initial status conference for 6/9/05 was entered in this case in error as to Mark Matthews (Brown, Rex) (Entered: 06/09/2005) |
| 06/15/2005 | 8 | MOTION to Suppress as to Mark Matthews. (Attachments: # 1 Affidavit Krystle Matthews# 2 Affidavit Defendant# 3 Memorandum In Support# 4 Motion To Suppress)(Markham, Paul) (Entered: 06/15/2005) |
| 06/30/2005 | 9 | First RESPONSE to Motion by USA as to Mark Matthews re 8 MOTION to Suppress (Hasib, S.) (Entered: 06/30/2005) |
| 06/30/2005 | 11 | Judge Joyce London Alexander : ORDER entered. REPORT AND ORDER on Initial Status Conference as to Mark Matthews DISPOSITIVE Motions due by 6/30/2005; responses due 7/13/05. FINAL Status Conference set for 7/20/2005 11:30 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Brown, Rex) (Entered: 07/04/2005) |
| 07/01/2005 | 10 | Amended Opposition by USA as to Mark Matthews re 8 MOTION to Suppress (Hasib, S.) (Entered: 07/01/2005) |
| 07/18/2005 | | ELECTRONIC NOTICE OF HEARING ON MOTION TO SUPPRESS as to Mark Matthews: Motion Hearing set for 8/30/2005 10:00 AM in Courtroom 2 before Judge Nancy Gertner. (Molloy, Maryellen) (Entered: 07/18/2005) |
| 07/20/2005 | | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Final Status Conference as to Mark Matthews held on 7/20/2005. W. Hasab for Gov't, Att. Markham for Def't. Court to send case back to District Judge. (Digital Recording.) (Russo, Noreen) (Entered: 07/20/2005) |
| 07/20/2005 | 12 | JOINT MOTION for Excludable Delay from 6/15/05 to 8/30/05 as to Mark Matthewsby Mark Matthews, USA. Filed in open court.(Miner, Valencia) (Entered: 07/20/2005) |
| 07/20/2005 | | Magistrate Judge Joyce London Alexander : Electronic ORDER entered allowed in open court 12 Motion to Exclude as to Mark Matthews (1) (Miner, Valencia) (Entered: 07/20/2005) |
| 07/20/2005 | 13 | Magistrate Judge Joyce London Alexander : ORDER entered. REPORT AND ORDER on Final Status Conference as to Mark Matthews. Case ready for return to District Judge. |

| | | |
|---|---|---|
| | | (Miner, Valencia) (Entered: 07/20/2005) |
| 07/20/2005 | ◉ | Case as to Mark Matthews no longer referred to Magistrate Judge Joyce London Alexander. (Lovett, Jarrett) (Entered: 01/17/2006) |
| 08/05/2005 | ◉ | ELECTRONIC NOTICE OF RESCHEDULING SUPPRESSION HEARING as to Mark Matthews: Evidentiary Hearing RESET FROM 8/30/05 TO 8/29/2005 11:15 AM in Courtroom 2 before Nancy Gertner. (Molloy, Maryellen) (Entered: 08/05/2005) |
| 08/29/2005 | ◉ | Electronic Clerk's Notes for proceedings held before Judge Nancy Gertner :Evidentiary Hearing on dft mtn to suppress as to Mark Matthews held on 8/29/2005. Gvt calls the following witnesses; Sgt. Dana Burrill; Police Officer Lance Powell; Captain Donald Thompson-Haverhill Police Dept; Lt.John Neville; Sgt. Patrick Towle-sworn. Gvt exh's 1-4 and dft 5 & 6 admitted and fowarded to Judge, evidence closed. All matters taken under advisement, dft remanded to US custody, no trial date set. (Court Reporter O'Hara.) (Molloy, Maryellen) (Entered: 08/29/2005) |
| 03/01/2006 | ◉14 | Judge Nancy Gertner: MEMORANDUM & ORDER entered granting 8 Motion to Suppress as to Mark Matthews (1) (MacDonald, Gail A.) (Entered: 03/01/2006) |
| 03/05/2006 | ◉15 | MOTION for Detention *Modify Order of Detention* as to Mark Matthews. (Markham, Paul) (Entered: 03/05/2006) |
| 03/14/2006 | ◉ | ELECTRONIC NOTICE OF HEARING as to Mark Matthews: Detention Hearing set for 4/4/2006 11:00 AM in Courtroom 2 before Judge Nancy Gertner. (Molloy, Maryellen) (Entered: 03/14/2006) |
| 03/28/2006 | ◉16 | NOTICE OF APPEAL by USA as to Mark Matthews re 14 Order on Motion to Suppress. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/17/2006. (Attachments: # 1 Certification) (Hasib, S.) (Entered: 03/28/2006) |
| 03/31/2006 | ◉ | ELECTRONIC NOTICE OF RESCHEDULING "TIME ONLY" FROM 11:00am TO 3:00pm as to Mark Matthews |

| | | |
|---|---|---|
| | | Detention Hearing. DETENTION HEARING WILL GO FORWARD ON TUESDAY 4/4/2006 at 03:00 PM in Courtroom 2 before Judge Nancy Gertner. (Molloy, Maryellen) (Entered: 03/31/2006) |
| 04/04/2006 | | Electronic Clerk's Notes for proceedings held before Judge Nancy Gertner:Detention Hearing as to Mark Matthews held on 4/4/2006; William Connolly for the govt. on behalf of S. Waqar Hasib, Paul Markham for the deft. and Bob Riley for Pretrial Services; The parties indicate to the court that this matter is on appeal; The court releases the deft. on a $25,000 unsecured bond and special conditions, see Order Setting Conditions of Release for details. (Court Reporter O'Hara.) (Filo, Jennifer) (Entered: 04/05/2006) |
| 04/04/2006 | 17 | Unsecured Bond entered as to Mark Matthews in amount of $25,000. (Filo, Jennifer) (Entered: 04/05/2006) |
| 04/04/2006 | 18 | Judge Nancy Gertner : ORDER Setting Conditions of Release as to Mark Matthews. (Filo, Jennifer) (Entered: 04/05/2006) |
| 04/04/2006 | 19 | EX PARTE MOTION for Authorization of Services or Funds as to Mark Matthews. (Filo, Jennifer) (Entered: 04/05/2006) |
| 04/04/2006 | | Judge Nancy Gertner: Endorsement ORDER entered granting 19 Ex Parte Motion for Authorization of Services or Funds as to Mark Matthews (1) (Filo, Jennifer) (Entered: 04/05/2006) |
| 04/15/2006 | 20 | NOTICE *Change of Address* by Mark Matthews (Markham, Paul) (Entered: 04/15/2006) |