# MANDATE

# United States Court of Appeals
## For the First Circuit

05-10073
USDC/MA
Gertner, J

No. 06-1807

UNITED STATES
Appellant

v.

MARK D. MATTHEWS
Defendant - Appellee

**JUDGMENT**

Entered: August 11, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

By: _____LYNNE ALIX MORRISON_____
Appeals Attorney

**Certified and Issued as Mandate
under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

_/s/_
**Deputy Clerk**

Date: 8/11/06

[cc: S. Waqar Hasib, AUSA, Paul F. Markham, Esq.]