UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-10073-NG |
| ) | |
| MARK D. MATTHEWS ) | |

### DISMISSAL OF INDICTMENT AGAINST MARK D. MATTHEWS

Pursuant to FRCP 48(a), the Acting United States Attorney for the District of Massachusetts, Diane C. Freniere, hereby dismisses the indictment against defendant MARK D. MATTHEWS, which charges him with possession of a firearm by a felon, in violation of 18 U.S.C. § 922(g)(1). In support of this dismissal, the government states that in light of this Court's order dated March 1, 2006, suppressing certain evidence, the government will be unable to prove the charge in the Indictment beyond a reasonable doubt.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

/s/ Diane C. Freniere
DIANE C. FRENIERE
Acting U.S. Attorney

Leave to File Granted;

_____
Hon. Nancy Gertner, Judge
U.S. District Court

12-4-06